Credit Alliance Corporation
vs.                                No. 71839
Sara Kominsky

November 29, 1932.

CHURCHILL, J. The motion to recall the execution, vacate the judgment and for a new trial, filed by the defendant, Sara Kominsky, is hereby denied and the stay of execution heretofore granted is vacated.

For plaintiff: Max Winograd.

For defendant: Joshua Bell & M. E. Rosen.